IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JAIME JONES

Criminal No. 21-417

[UNDER SEAL]

ORDER

AND NOW, to wit, this 28th day of September, 2021, upon consideration of the Motion to Seal Indictment and Arrest Warrant, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrant issued pursuant to the Indictment, together with the Motion to Seal and this Order, are hereby SEALED until further Order of Court and no person shall disclose the return of the Indictment except when necessary for the issuance and execution of the Arrest Warrant.

_____
UNITED STATES MAGISTRATE JUDGE

FILED

SEP 28 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA